IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR261 |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK LYNAM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to continue (Filing No. 29).  The Court finds said motion should be granted.  Accordingly,

      IT IS ORDERED that defendant's motion is granted; trial of this matter is rescheduled for:

      **Monday, July 21, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The parties will have time to prepare for trial or pursue plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between June 17, 2008, and July 21, 2008, shall be deemed excludable time in any computation of time under

the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 17th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
  LYLE E. STROM, Senior Judge
  United States District Court